540 A.2d 932

**COMMONWEALTH of Pennsylvania,**

v.

**Robert BRICKER, Petitioner.**

Supreme Court of Pennsylvania.

May 6, 1988.

ORDER

PER CURIAM:

AND NOW, this 6th day of May, 1988, the Petition for Allowance of Appeal is granted. The Order of the Superior Court affirming the judgment of sentence is vacated and the matter is remanded to that court for consideration on the merits of Petitioner's claim that the trial court erred in admitting the testimony of Commonwealth witness Charles Rossi relating to Petitioner's criminal history in light of

*Commonwealth v. Bricker,* 506 Pa. 571, 487 A.2d 346 (1985).